UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. *15-56156*-PMB |
| | : | |
| ***KALINDA RAE REDEL,*** | : | CHAPTER *13* |
| | : | |
| Debtor. | : | JUDGE BAISIER |
| - | : | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that ***Adam M. Goodman, Chapter 13 Trustee*** has filed ***Motion to Dismiss*** and related papers with the Court seeking an order ***of dismissal.***

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the ***Motion*** in Courtroom 1202, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia, at ***2:00 P.M.*** on ***June 1, 2017***.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: ***April 24, 2017*** SIGNATURE /s/

Jason L. Rogers
Georgia Bar No.: 142575
Attorney for the Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
TEL: (678) 510-1444
FAX: (678) 510-1450

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | |
| | { | |
| KALINDA RAE REDEL, | { | CASE NO. 15-56156-PMB |
| | { | |
| DEBTOR. | { | CHAPTER 13 |

**CHAPTER 13 TRUSTEE'S MOTION TO DISMISS**

COMES NOW ADAM M. GOODMAN, Standing Chapter 13 Trustee in the above-styled case, and files this Motion to Dismiss, and respectfully shows the court the following:

1.

This case was filed on April 3, 2015, under Chapter 13, Title 11 of the United States Code and confirmed by the Court on June 12, 2015.

2.

Debtor's Plan provides for payments of $635.00, a sixty (60) month applicable commitment period and for unsecured creditors to receive a zero percent (0%) dividend.

3.

During the pendency of this case, Trustee received funds, purportedly from Debtor's tax refunds; however, the Trustee cannot determine if Debtor is in compliance with the Plan without copies of the returns for 2015 and 2016.

4.

On or around April 12, 2016, Trustee mailed a letter to Debtor, with a copy provided to Debtor's attorney, requesting the federal income tax return for 2015. On or around January 6, 2017, Trustee mailed a letter to Debtor, with a copy provided to Debtor's attorney, requesting the federal income tax return for 2016.

5.

On February 14, 2017 the Trustee filed his request for tax returns pursuant to 11 U.S.C. Section 521(f) and also requested an updated statement of income and expenses, if appropriate.

6.

To date, Trustee has not received these tax returns and no updated Schedule I or J were filed.

7.

This case should be dismissed for Debtor's failure to comply with the applicable provisions of Title 11.

WHEREFORE, based upon the foregoing, the Chapter 13 Trustee respectfully requests that the Chapter 13 case be dismissed and for such other relief as this Court deems just and proper.

This 24th day of April 2017.

Respectfully submitted,

/s/

Jason L. Rogers, GA Bar No. 142575
Attorney for the Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444

Case No: 15-56156-PMB

CERTIFICATE OF SERVICE

This is to certify that I have this day served:

DEBTOR:

Kalinda Rae Redel
3542 Creekview Circle
Stone Mountain, GA 30083

DEBTOR'S ATTORNEY:

The Ballard Law Group, P.C.
Suite 203 A
3664 Club Drive
Lawrenceville, GA 30044

with a copy of the foregoing Chapter 13 Trustee's Motion to Dismiss by depositing in the United States Mail a copy of the same in a properly addressed envelope with adequate postage thereon.

This 24th day of April 2017.

/s/

Jason L. Rogers
Attorney for the Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444